In the Matter of the Application of TERIJON WEITLING, Respondent, for an Order Directing the Delivery to Him of His Papers and Property by JULIAN A. GREGORY and W. RANDOLPH MONTGOMERY, Attorneys at Law of the State of New York, etc., Appellants, in the Matter of TERIJON WEITLING, Plaintiff, against

JOHN S. SORENSON, as Surviving Partner of the Firm of CROSSMAN & SIELCKEN, in Liquidation, and Another, Defendants.*—Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.